IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMOTHY WALKER,

      Appellant,

 v.

                                    Case No.  5D23-982
                                    LT Case No. 2002-CF-8178-B

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 27, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Timothy Walker, South Bay, pro se.

Ashley Moody, Attorney General, and
Christina Piotrowski, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.


BOATWRIGHT, MACIVER and PRATT, JJ., concur.